UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.

(State Court Case Number 502017CA005436XXXXMB AN)

VANESSA M. RODRIGUEZ,

    Plaintiff,

v.

ALEKSANDRA KRAEHER, M.D., P.A.,
dba SOUTH FLORIDA ENDROCRINE
CENTER,

    Defendant.
_____/

## **DEFENDANT'S NOTICE OF REMOVAL**

Defendants hereby give notice of the removal of this action to the United States District Court for Southern District of Florida, and in support of its Notice states as follows:

**1.    State Court Action**

On May 11, 2017, Plaintiff filed this action in the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida. The Complaint, Case Number 502017CA005436XXXXMB AN alleges violations of the asserting claims under the Americans With Disabilities Act, 42 U.S.C. §12101 and the Fair Labor Standards Act. A true and correct copy of the Plaintiff's Complaint for damages ("Complaint"), along with the rest of the state court file, is attached at Exhibit 1.

**2.     Defendant's Receipt of Plaintiff's Complaint**

Copies of the original Complaint and Summons in this action were served on Aleksandra Kraeher on June 8, 2017.

**3.     Nature of the Action in Plaintiff's Complaint**

In the Complaint, Plaintiff asserts claims against Defendant for Violation of the Americans With Disabilities Act, 42 U.S.C. §12101, and the Fair Labor Standards Act, 29 U.S.C. §201 et seq.

**4.     Removal of State Court Actions**

Pursuant to 28 U.S.C. § 1441(a), "any civil action brought in a state court of which the district courts of the United States have original jurisdiction, may be removed by the defendant to the district court of the United States for the district and division embracing the place where such action is pending." As a case arising under the Federal Americans With Disabilities Act and the FLSA, this matter is subject to the original jurisdiction of this Court.

**5.     Federal Question**

Pursuant to 28 U.S.C. § 1331, "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." Because Plaintiff's Complaint is brought under the ADA and the Fair Labor Standards Act, it clearly raises a federal question and removal is proper.

**6.     Venue**

The West Palm Beach Division of the United States District Court for the Southern District of Florida is the judicial district embracing the place where the state court action is pending. *See* 28 U.S.C. § 89(c) and §§ 1441(a) and 1446(a); S.D. Fla.

L.R. 3.1(f); Tab A, Compl. at § 5.  Therefore, this is the proper district court and division to which this case should be removed.

    7**.**    **Timeliness of Notice of Removal**

Pursuant to 28 U.S.C. § 1446(b), this removal is timely because 30 days have not elapsed since Defendant was served with Plaintiff's Complaint.

    9.    **State Court Pleadings**

Pursuant to 28 U.S.C. § 1446(a), with this Notice, Defendant is simultaneously filing copies of all process, pleadings, and orders existing on file in the State Court in this removed action.  Copies of these removal documents are attached to this Notice of Removal at Tab A.  Further, pursuant to 28 U.S.C. § 1446(d), Defendant filed a true and correct copy of this Notice of Removal with the Clerk of the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida.  A copy of the Notice of Filing Notice of Removal, is attached as Exhibit 2.  The Civil Cover Sheet is attached as Exhibit 3.

    Respectfully submitted,

    **ROBYN S. HANKINS, PL**
    4600 Military Trail
    Suite 217
    Jupiter, Florida 33458
    Telephone:  (561) 721-3890
    Facsimile:  (561) 721-3889
    *Attorneys for Defendant*

    By:    s/ Robyn S. Hankins.
             Robyn S. Hankins
             Florida Bar No. 0008699
             robyn@hankins-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2017, I electronically filed the Foregoing Document with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the persons on the service list.

By: /s Robyn S. Hankins
Robyn S. Hankins
Florida Bar No. 0008699
robyn@hankins-law.com

## SERVICE LIST

Christopher C. Copeland, Esq.
Christopher C. Copeland, P.A.
824 W. Indiantown Road
Jupiter, FL 33458
Telephone: (561) 691-9048
Facsimile: (866) 259-0719
chris@copelandpa.com
carla@copelandpa.com
*Attorneys for Plaintiff*